NEELEMAN LAW GROUP
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

The Honorable Marc Barreca
Chapter 13 Proceeding

Location: Everett

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>MICHAEL AND DEBORAH MOON,<br><br>Debtor<br>_____<br><br>MICHAEL AND DEBORAH MOON,<br><br>Plaintiff<br><br>v.<br><br>CITIBANK N.A.,<br>      Defendants | Bankruptcy Case No.: 15-13775<br><br><br><br><br><br>Adversary Case No.: 20-01058<br><br><br><br><br><br><br>PROOF OF SERVICE |

I hereby certify that on July 31, 2020 a copy of the COMPLAINT TO DETERMINE THE VALIDITY AND EXTENT OF A LIEN and SUMMONS were sent to the following parties of interest in the manner referenced below:

CitiBank N.A. (sent certified)

Attn.: President, Richard Nath

701 East 60th St N,

Sioux Falls, SD 57104

Certificate of Mailing

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group**

CitiBank, (South Dakota), N.A.  (sent certified)
Attn: President, Richard Nath
701 East 60th St. N
Sioux Falls, SD 57104

CitiBank (South Dakota), N.A.   (sent certified)
399 Park Ave.
New York, NY 10022

CitGroup (sent certified)
Attn: James Forese, President
388 Greenwich Street
New York, NY 10013

Citibank (South Dakota), N.A.  (sent certified)
C/o Suttell & Hammer, P.C.
1450 -114th Ave SE, #240
Conifer Buliding
Bellevue, WA 98004

DATED this 31st day of July, 2020.

/s/ Keven Stehl
Legal Assistant

Certificate of Mailing

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**